EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Luis Jesús Marín Rodríguez | 2023 TSPR 55<br><br>211 DPR ___ |

Número del Caso:  TS-15,040


Fecha:  27 de abril de 2023


Abogado del peticionario:

    Por derecho propio


Materia:  Reactivación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

In re:

  Luis Jesús Marín Rodríguez          **TS-15,040**

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 27 de abril de 2023.

    Examinada la *Moción en cumplimiento de requerimiento del Tribunal,* se declara Con Lugar. Se ordena a Secretaría que realice el cambio de estatus a abogado activo en el Registro Único de Abogados (RUA).

    Publíquese.

    Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

                      Javier O. Sepúlveda Rodríguez
                      Secretario del Tribunal Supremo